DAY *v.* PUETT.

GILBERT, J.   The exception is to a judgment overruling a motion for new trial based upon general grounds only.   The verdict is supported by evidence, and the court did not err in overruling the motion.

*Judgment affirmed.   All the Justices concur.*

No. 6330.   MARCH 14, 1928.

Claim.   Before Judge Wood.   Forsyth superior court.   October 1, 1927.

*A. B. Tollison,* for plaintiff in error.   *J. P. Brooke,* contra.

New Trial, 29 Cyc. p. 832, n. 60.